STATE OF ARIZONA et al.,
Petitioners,

v.

ENVIRONMENTAL PROTECTION
AGENCY, Respondent.

BROADWAY–HALE STORES, INC.,
et al., Petitioners,

v.

ENVIRONMENTAL PROTECTION
AGENCY, Respondent.

PROPER ENVIRONMENTAL PLAN-
NING, INC., Petitioner,

v.

ENVIRONMENTAL PROTECTION
AGENCY, Respondent.

SEARS, ROEBUCK AND
COMPANY, Petitioner,

v.

ENVIRONMENTAL PROTECTION
AGENCY, Respondent.

SAFEWAY STORES, INC., Petitioner,

v.

ENVIRONMENTAL PROTECTION
AGENCY, Respondent.

HOMART DEVELOPMENT
CO., Petitioner,

v.

ENVIRONMENTAL PROTECTION
AGENCY, Respondent.

Nos. 73–3577, 73–3588, 74–1001, 74–1002,
74–1009 and 74–1013.

United States Court of Appeals,
Ninth Circuit.

Dec. 19, 1975.

Patrick Murphy, Asst. Atty. Gen. (ar-
gued), Phoenix, Ariz., for petitioner in
73–3577.

Henry C. Thumann (argued), of O'Mel-
veny & Myers, Los Angeles, Cal., for pe-
titioner in 73–3588.

David J. Toomey (argued), New York
City, Sheppard, Mullin, Richter & Hamp-
ton, Los Angeles, Cal., for petitioner in
73–3588.

Michael Graves, Atty. (argued), Lands
and Natural Resources Div., U. S. Dept.
of Justice, Washington, D. C., for respon-
dent.

Before ELY, TRASK and SNEED,
Circuit Judges.

No Petitioner, pursuant to the request
in our Opinion of September 8, 1975, in-
formed this Court within 21 days there-
after of issues other than those dealt
with by our September 8, 1975 Opinion
which it wished this Court to review.
Under these circumstances, it is proper
for this Court to dismiss finally these
petitions for review. Each party shall
bear its own costs. It is so ordered.

Dismissed.